**United States District Court**
For the Northern District of California

1      IN THE UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   ERIC WARREN GREEN,                           )
                                                 )      No. C 02-0923 SBA (PR)
5              Petitioner,                        )
    v.                                           )      **ORDER DIRECTING**
6                                                )      **CLERK OF THE COURT**
    A. A. LAMARQUE, Warden,                      )      **TO CLOSE THIS CASE**
7                                                )
               Respondent.                        )
8   _____         )

9

10         This habeas case was reopened after the Ninth Circuit Court of Appeals reversed and

11   remanded this Court's judgment and issued a mandate on August 26, 2008.  See Green v. Lamarque,

12   532 F.3d 1028, 1030, 1033 (9th Cir. 2008).

           Pursuant to this Court's March 31, 2009 Order determining that no further action is needed in
13
     this matter because Petitioner's state criminal proceedings have concluded, the Clerk of the Court is
14
     directed to close this case.
15
           IT IS SO ORDERED.
16
     DATED: 4/17/09                              _____
17                                               SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge
18

19

20

21

22

23

24

25

26

27

28   P:\PRO-SE\SBA\HC.02\Green0923.close.frm

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California